JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HIRAM E. SUMMERS, | ) | Case No. 2:19-cv-09320-DOC-JC |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN M. POLLAND, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action and this action are dismissed without prejudice.

DATED: October 31, 2019

_/s/ David O. Carter_

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE